IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS                     No. 4:20-CR-00270-JM
                           4:23-CV-00946-JM

BURGESS MCFADDEN

## ORDER

Defendant's Amended Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. No. 81) is DENIED, because it is successive. Defendant's first § 2255 motion was denied on October 11, 2023.[1] Defendant's appeal of that ruling was dismissed on January 25, 2024.[2]

As amended in April 1996 by the Antiterrorism and Effective Death Penalty Act, § 2255 requires that all successive § 2255 motions be certified by the appropriate court of appeals before they are considered by the district courts. Because Defendant failed to obtain certification from the Court of Appeals for the Eighth Circuit, his petition must be dismissed for lack of jurisdiction.[3]

IT IS SO ORDERED this 21st of April, 2025.


UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 63.

[2] Doc. No. 74.

[3] *Boykin v. U.S.*, 242 F.3d 373 (8th Cir. 2000).