IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS                        No. 4:20-CR-00270-JM

BURGESS MCFADDEN

**ORDER**

Defendant's Motion for Copies (Doc. No. 85) is GRANTED IN PART and DENIED IN PART. The Clerk of the Court is directed to send Defendant a redacted copy of the true bill (Doc. No. 4). The request for grand jury transcripts is denied.[1]

The Motion to Recuse (Doc. No. 86) is DENIED.

IT IS SO ORDERED this 10th of July, 2025.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Defendant has established no legitimate need for the transcripts. See *United States v. Wilkinson*, 124 F.3d 971, 977 (8th Cir. 1997) (holding that a party seeking disclosure of grand jury transcripts must show a particularized need for them). He pleaded guilty on April 11, 2022, was sentenced on January 26, 2023, and did not appeal. Doc. Nos. 43, 51. His § 2255 motion was denied, and the Eighth Circuit denied his request for a certificate of appealability. Doc. Nos. 63, 74.

1